UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| SCOTT C. BURNS | ) | BANKRUPTCY CASE NUMBER 09-13451 |
| LORI M. BURNS | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | PYOD LLC, assignee of Citibank<br>c/o Resurgent Capital Services<br>Post Office Box 19008<br>Greenville, South Carolina 29602 | $ 3.29 |
| | **TOTAL:** | **$ 3.29** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana  46802
Telephone:  260 / 407-7000
ygk@sak-law.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of August, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven